# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 17-24172-JAD |
|     Barbara A. Stark, ) | |
| ) | Chapter 13 |
|                   Debtor. ) | |
| Barbara A. Stark, ) | |
| ) | Related to Document No. |
|             Movant, ) | |
|     v. ) | Hearing Date and Time: |
| ) | |
|     Specialized Loan Servicing, ) | |
| ) | |
|            Respondent. ) | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Motion for Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness on the following parties at the addresses listed below on November 21, 2017, via electronic mail and/or first class mail postage prepaid:

Buckley Madole, P.C.
P.O. box 9013
Addison, TX 75001
Attn: Wesley M. Meyer

James Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>November 21, 2017</u>         By:    /s/Amy L. Zema
                                                                 Amy L. Zema, Esquire
                                                                 PA ID 74701
                                                                 2366 Golden Mile Hwy., #155
                                                                Pittsburgh, PA 15239
                                                                (412) 744-4450
                                                                amy@zemalawoffice.com