IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 17-24172-JAD |
| Barbara A. Stark, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| Barbara A. Stark, ) | |
| ) | Related to Document No. 31 |
| Movant, ) | |
| v. ) | Hearing Date and Time: |
| ) | |
| Specialized Loan Servicing, ) | |
| ) | |
| Respondent. ) | |

## ORDER

A *Loss Mitigation Order* dated December 6, 2018, was entered in the above matter at Document No. 27. On February 14, 2018, a *Motion to Terminate the Loss Mitigation Program* was filed by Barbara A. Stark at Document No. 31.

AND NOW, this 20th day of Feb, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *terminated*, effective Fb 20, 2018, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

United States Bankruptcy Judge
Jeffery A. Deller

FILED
2/20/18 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 45 (04/14)                Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barbara A. Stark  
     Debtor

Case No. 17-24172-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Feb 20, 2018  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db              +Barbara A. Stark,    3013 Brownsville Road,    Pittsburgh, PA 15227-2401
14712248        +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
```
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Amy L. Zema    on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```