**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: §
§ CASE NO. 17-24172-JAD
BARBARA A. STARK §
DEBTOR §

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A c/o Specialized Loan Servicing, LLC** | **U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A c/o Specialized Loan Servicing, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx8210**

Court Claim # (if known): **2-1**
Amount of Claim: **$106,885.62**
Date Claim Filed: **10/31/2017**

Phone: **(800) 315-4757**
Last Four Digits of Acct.#: **xxxxxx8210**

Name and Address where transferee payments should be sent (if different from above):

**Specialized Loan Servicing, LLC**
**P. O. Box 60535**
**City of Industry, California 91716-0535**

Phone:
Last Four Digits of Acct #: **xxxxxx8210**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka                    Date: 7/24/2018
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4127-N-4477

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 26, 2018 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Barbara A. Stark
3013 Brownsville Road
Pittsburgh, PA 15227-2401

**Debtors' Attorney**
Amy L. Zema
2366 GOLDEN MILE HWY # 155
PITTSBURGH, PA 15239-2710

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka