# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara A. Stark, ) | Bankruptcy No. 17-24172-JAD |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Document No. |
| ) | |
| Barbara A. Stark, ) | Related to Doc. No. |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, certify under penalty of perjury that I served the Notice of Proposed Modification and Amended Chapter 13 Plan dated March 1, 2019, and Order Scheduling Hearing via electronic mail and/or first-class mail postage prepaid on all parties listed on the attached Court Mailing Matrix.

Date: March 1, 2019                                 /s/Amy L. Zema
                                                    Amy L. Zema, Esquire
                                                    PA ID: 74701
                                                    2366 Golden Mile Highway, #155
                                                    Pittsburgh, PA 15239
                                                    (412) 744-4450
                                                    amy@zemalawoffice.com
                                                    *Attorney for Debtors*