| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-24172-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Mar  1 17:29:56 EST 2019 | Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Borough of Brentwood/Brentwood School Distri<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Lisa Cancanon<br>Weinstein & Riley, P.S.<br>11101 West 120th Avenue<br>#280<br>Broomfield, CO 80021-2756 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Professional Credit Service<br>400 International Way<br>Springfield, OR 97477-7004 |
| Seventh Avenue<br>1414 S. 21st St.<br>Monroe, WI 53566 | Specialized Loan Servicing<br>8742 Lucent Blvd.<br>Suite 300<br>Littleton, CO 80129-2386 | Specialized Loan Servicing LLC as servicing<br>8742 Lucent Blvd<br>Suite 300<br>Highlands Ranch, CO 80129-2386 |
| Barbara A. Stark<br>3013 Brownsville Road<br>Pittsburgh, PA 15227-2401 | U.S. BANK NATIONAL ASSOCIATION<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | U.S. Bank National Association Trustee<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| U.S. Bank National Association Trustee (See<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | WEB Bank/Fingerhut<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Amy L. Zema<br>Law Office of Amy L. Zema<br>2366 Golden Mile Highway<br>#155<br>Pittsburgh, PA 15239-2710 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company                (u)U.S. Bank National Association, as Trustee      End of Label Matrix
                                                                                            Mailable recipients   26
                                                                                            Bypassed recipients    2
                                                                                            Total                 28