N

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BARBARA A. STARK,  :  Bankruptcy No. <u>17-24172JAD</u>
 :
 :
 :
Debtor(s).  :  Chapter 13
 :

## ORDER

AND NOW, this **2nd** day of **August, 2019**,

It is hereby **ordered, adjudged, and decreed** that The Court has undertaken a thorough assessment of its chapter 13 cases where the filing fee was not timely paid and finds it necessary to examine this particular bankruptcy case. To ensure consistency among all similarly situated cases, the Court hereby transfers this case to the Honorable Gregory L. Taddonio for the purpose of consolidating further proceedings that relate to the payment of the case filing fee and ensuring compliance with existing orders issued by the Court.

It is further **ordered** that future reference to this case shall be state as Bankruptcy Case No. 17-24172 GLT.

FILED
8/2/19 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

00025005

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24172-JAD
Barbara A. Stark                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                 Page 1 of 2            Date Rcvd: Aug 02, 2019
                              Form ID: pdf900            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.

```
db             +Barbara A. Stark,    3013 Brownsville Road,    Pittsburgh, PA 15227-2401
cr             +Borough of Brentwood/Brentwood School District,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
cr             +Specialized Loan Servicing LLC as servicing agent,    8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +U.S. BANK NATIONAL ASSOCIATION,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +U.S. Bank National Association,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
14740729       +Borough of Brentwood/Brentwood School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14712244       +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14712247        Seventh Avenue,    1414 S. 21st St.,    Monroe, WI 53566
14712248       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
14886560       +U.S. Bank National Association Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14719921       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14775803       +E-mail/Text: kburkley@bernsteinlaw.com Aug 03 2019 02:32:38     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14712245        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2019 02:32:11     Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
14741394        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2019 02:32:11     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14774728        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2019 02:37:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14715991        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2019 02:31:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14741400       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2019 02:32:12     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14712246       +E-mail/Text: bknotices@professionalcredit.com Aug 03 2019 02:32:20
                 Professional Credit Service,    400 International Way,    Springfield, OR 97477-7004
14745965        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2019 02:38:03     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14712249       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 03 2019 02:32:28     WEB Bank/Fingerhut,
                 6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. Bank National Association, as Trustee Et Al..
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dkam                  Page 2 of 2                   Date Rcvd: Aug 02, 2019
                               Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:

        Amy L. Zema    on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com
        James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
        bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District
        jhunt@grblaw.com,   cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
        Lisa   Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
        U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National
        Association, as Trustee, successor by merger to LaS lisac@w-legal.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                                                                    TOTAL: 7