FILED
8/5/19 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-24172-GLT |
| BARBARA A. STARK | Chapter 13 |
| | Related to Dkt. No. 8 |
| *Debtor.* | |
| | Hearing: September 11, 2019 at 2:00 p.m. |

## ORDER SETTING STATUS CONFERENCE

The Court has undertaken a thorough assessment of its chapter 13 cases where the filing fee was not timely paid. In the current case, it appears the case filing fee was included among those obligations to be paid through the chapter 13 plan, yet it was not promptly paid following the entry of an interim or final confirmation order. The Court finds it necessary to examine this matter further to assure that the filing fee is uniformly paid and that the bankruptcy estate is administered in compliance with the terms of any confirmed plan. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A status conference shall be held on Wednesday, September 11, 2019 at 2 p.m. in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania to review issues related to the payment of the case filing fee.

2. The chapter 13 trustee shall file a status report on or before August 30, 2019.

Dated: August 5, 2019

GREGORY L. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
Debtor
Counsel for Debtor
Ronda J. Winnecour, Trustee
Ofice of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24172-GLT
Barbara A. Stark                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Aug 05, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.
db         +Barbara A. Stark,    3013 Brownsville Road,    Pittsburgh, PA 15227-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:
      Amy L. Zema    on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com
      James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood/Brentwood School District
       jhunt@grblaw.com,    cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
       U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National
       Association, as Trustee, successor by merger to LaS lisac@w-legal.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7