IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Barbara A. Stark | : | Case No.17-24172GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Re Doc.59 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent | : | Hearing Date 9/11/2019 at 2p.m. |

### TRUSTEE'S SUPPLEMENT TO STATUS REPORT CONCERNING THE PAYMENT OF FILING FEES THROUGH CHAPTER 13 PLAN

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

On August 30, 2019, the Trustee filed a status report in 15 cases pursuant to the Order of this Honorable Court.

This is intended to be a supplement to that report and is be filed in each of the 15 cases selected by the Court.

This report is intended to supplement the provisions concerning Implementations of New Procedures to ensure Filing Fees are timely paid.

The Trustee already reviews a report of all new chapter 13 cases filed every month. The report is downloaded from PACER and the purpose of the review is to ensure that all cases created on the Trustee's system are actual cases filed with the Court. (This is an internal control designed to preclude a false case).

The Trustee and her IT Director are each reviewing the report for every new case to ensure that the filing fee has been paid. There is apparently a possible time lag between the attorney filing the case and the docket entry receipt of the fee.  If the IT Director does not find a receipt for the filing fee he will enter a special code

that effectively freezes any possible receipt and precludes the escrow of Trustee fees. The code is Filing Fee No Cost, and it will also appear in yellow on the initial screen in the Trustee's system as an alert to staff. The Trustee will double check the IT Director's review. Currently it is contemplated that they will conduct this review twice a month.

This complements the routing of Applications to Pay the Filing Fees in Installments to the two clerical staff members. In the original report, the Trustee only contemplated those individuals tracking the Orders, but a review of that process shows that timing might be an issue, so she is tracking both the new case filings and the Applications. The clerical member receiving the Applications also has the ability to enter the Filing Fee No Cost code and will do so when she receives the Application.

No staff member is authorized to remove the code until the IT Director or Trustee have actually verified that the clerk has receipted the payment in full.

Respectfully Submitted,

9-05-2016     /s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com