**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**FILED**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-24172-GLT **SEP 1 3 2019** |
| | : | Chapter: | 13 |
| Barbara A. Stark | : | | **CLERK, U.S. BANKRUPTCY COURT** |
| | : | | **WEST DIST. OF PENNSYLVANIA** |
| | : | Date: | 9/11/2019 |
| *Debtor(s).* | : | Time: | 02:00 |

## PROCEEDING MEMO

*MATTER:*
#8 - Status Conference to Determine Payment of Filing Fees In Installments
     #55 - Final Installment Payment
     #61 - Trustee's Status Report re: Payment of Filing Fees Through Plan
     #62 - Trustee's Supplement to Status Conference

*APPEARANCES:*

| | | |
|---|---|---|
| | Debtor: | No appearance |
| | Trustee: | Owen Katz |

*NOTES:*

Debtor counsel was not required to be present.

Discussion on the record with the trustee regarding the details of the trustee's status report and questions the Court may have had regarding the processing of chapter 13 plans, confirmation orders, and installment payments. Most of the discussion occurred in Case Nos. 17-20802 (Otieno) and 19-20309 (Heider).

*OUTCOME:*

1.    Upon consideration of the statements made by the chapter 13 trustee in her status reports as well as at the September 11, 2019 hearing, and considering that the case filing fee has now been paid, the status conference is concluded. [Text Order to issue]

**DATED:** 9/11/2019