**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Barbara A. Stark                               CHAPTER 13

                 Debtor(s)

BKY. NO. 17-24172 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ Maria D. Miksich
                 Maria Miksich
                 15 Nov 2021, 09:53:26, EST

                 Brian C. Nicholas, Esq. (317240) ☐
                 Maria D. Miksich, Esq. (319383) ☑
                 Rebecca A. Solarz, Esq. (315936) ☐
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 412-430-3594
                 bkgroup@kmllawgroup.com