# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | Case No:  17-24172 |
| | Loan Number (Last 4):  7848 |
| Debtors: Barbara A. Stark | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A Serviced by Select Portfolio Servicing, Inc. | U.S. Bank National Association Trustee c/o Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 2 |
| Amount of Claim: | $106,885.62 |
| Date Claim Filed: | 10/31/2017 |
| Last Four Digits of Acct #: | 8210 |

Phone:  1-800-258-8602
Last Four Digits of Acct #:  7848

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602
Last Four Digits of Acct #:  7848

494980-dfab3a67-f51c-4c11-a078-d76daabef373-

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ John Shelley                         Date:   11/26/2021
      InfoEx, LLC, as authorized filing agent
      (Approved by: Sudhakara Babu)

Specific Contact Information:

Sudhakara Babu - BK Specialist II

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

494980-dfab3a67-f51c-4c11-a078-d76daabef373-