# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: dkam | Date Created: 11/29/2021 |
| Case: 17–24172–GLT | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14886560    U.S. Bank National Association Trustee       c/o Specialized Loan Servicing LLC       8742 Lucent Blvd, Suite 300        Highlands Ranch, Colorado 80129

TOTAL: 1