

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

17-24172


DEBTOR(S):

BARBARA A STARK


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $669.70


CREDITOR'S SIGNATURE:

/s/ David Lamb


CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

4/27/2022