Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Barbara A. Stark** | : | Case No. 17–24172–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 96 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/19/23 at 10:30 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

        **AND NOW,** this *The 24th of February, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 96 by the Chapter 13 Trustee,

        It is hereby *ORDERED, ADJUDGED* and *DECREED* that:

        (1)   **On or before April 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

        (2)   This Motion is scheduled for hearing on *April 19, 2023 at 10:30 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

        (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are **required** to appear at the hearing.

        (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

Gregory L Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 17-24172-GLT |
|--------|--|------------------------|
| Barbara A. Stark | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---------------------|------------|-------------|
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|----------|--|----------------------------|
| db | + | Barbara A. Stark, 3013 Brownsville Road, Pittsburgh, PA 15227-2401 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14740729 | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14712246 | + | Professional Credit Service, 400 International Way, Springfield, OR 97477-7004 |
| 14712247 | | Seventh Avenue, 1414 S. 21st St., Monroe, WI 53566 |
| 15434272 | + | U.S. Bank, National Association, as Trustee, as s, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|--|----------------------------|-----------|----------------------------|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2023 00:19:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 25 2023 00:18:00 | Specialized Loan Servicing LLC as servicing agent, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 25 2023 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | U.S. Bank National Association, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| 14775803 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14712244 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2023 00:20:40 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14712245 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14741394 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14774728 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:31 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715991 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-2                    User: auto                                      Page 2 of 3
Date Rcvd: Feb 24, 2023                 Form ID: 604                              Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| 14741400 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Feb 25 2023 00:19:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14712248 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 25 2023 00:18:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14886560 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 25 2023 00:18:00 | U.S. Bank National Association Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14719921 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 25 2023 00:18:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14745965 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 25 2023 00:20:18 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14712249 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Feb 25 2023 00:19:00 | WEB Bank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association, as Trustee Et Al.. |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortga bnicholas@kmllawgroup.com |

Brian Nicholas
              on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
              on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lisa Cancanon
              on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association  as Trustee,
              successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaS lisac@w-legal.com,
              Llombardi06@law.du.edu

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com


TOTAL: 9