**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BARBARA A. STARK

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
            Movant
            vs.
No Respondents.

Case No.:17-24172

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/18/2017  and confirmed on 11/28/17 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,571.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,571.00 |

| Administrative Fees | |
|---|---:|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 4,250.00 |
| Trustee Fee | 3,413.93 |
| Court Ordered Automotive Insurance | 0.00 |

| | |
|---|---:|
| TOTAL ADMINISTRATIVE FEES | 7,663.93 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA SUCCESSOR TRUSTEE ET A | 0.00 | 43,043.72 | 0.00 | 43,043.72 |
| Acct: 7848 | | | | |
| US BANK NA SUCCESSOR TRUSTEE ET A | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7848 | | | | |
| US BANK NA SUCCESSOR TRUSTEE ET A | 19,467.45 | 19,467.45 | 0.00 | 19,467.45 |
| Acct: 7848 | | | | |
| PA DEPARTMENT OF REVENUE* | 4,623.44 | 4,623.44 | 761.43 | 5,384.87 |
| Acct: 4319 | | | | |
| | | | | 67,896.04 |
| **Priority** | | | | |
| AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARBARA A. STARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRENTWOOD BOROUGH SD & BRENTWC | 592.41 | 592.41 | 0.00 | 592.41 |
| Acct: 4319 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 902.41 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 338.51 | 37.58 | 0.00 | 37.58 |
| Acct: 8749 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 249.63 | 27.71 | 0.00 | 27.71 |
| Acct: 6140 | | | | |
| PROFESSIONAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0648 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9950 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 331.52 | 36.81 | 0.00 | 36.81 |

17-24172                                                                                          Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3970 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 58.74 | 6.52 | 0.00 | 6.52 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 108.62 |

TOTAL PAID TO CREDITORS                                                             68,907.07

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 902.41 |
| SECURED | 24,090.89 |
| UNSECURED | 978.40 |

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BARBARA A. STARK

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:17-24172

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 17-24172-GLT

Barbara A. Stark                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A. Stark, 3013 Brownsville Road, Pittsburgh, PA 15227-2401 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14740729 | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14712246 | + | Professional Credit Service, 400 International Way, Springfield, OR 97477-7004 |
| 14712247 | | Seventh Avenue, 1414 S. 21st St., Monroe, WI 53566 |
| 15434272 | + | U.S. Bank, National Association, as Trustee, as s, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2023 00:19:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 25 2023 00:18:00 | Specialized Loan Servicing LLC as servicing agent, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 25 2023 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | U.S. Bank National Association, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| 14775803 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14712244 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2023 00:20:16 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14712245 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14741394 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14774728 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715991 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0315-2 | User: auto | Page 2 of 3
---|---|---
Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 24

| 14741400 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
|---|---|---|---|
| | | Feb 25 2023 00:19:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14712248 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Feb 25 2023 00:18:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14886560 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Feb 25 2023 00:18:00 | U.S. Bank National Association Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14719921 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Feb 25 2023 00:18:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14745965 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 25 2023 00:20:29 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14712249 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Feb 25 2023 00:19:00 | WEB Bank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association, as Trustee Et Al.. |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee Et Al... bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortga bnicholas@kmllawgroup.com |

District/off: 0315-2                             User: auto                             Page 3 of 3
Date Rcvd: Feb 24, 2023                      Form ID: pdf900                      Total Noticed: 24

Brian Nicholas
                on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lisa Cancanon
                on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association  as Trustee,
                successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaS lisac@w-legal.com,
                Llombardi06@law.du.edu

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com


TOTAL: 9