Certificate Number: 12433-PAW-DE-037229551

Bankruptcy Case Number: 17-24172



12433-PAW-DE-037229551

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2023, at 2:59 o'clock PM EST, Barbara A. Stark completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 3, 2023      By:   /s/Candace Jones

                          Name: Candace Jones

                          Title: Counselor