**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-24172-GLT |
| Barbara A. Stark, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | : |
| | ) | Document No. |

**DEBTOR'S CERTIFICATION OF COMPLIANCE**
**WITH PROVISIONS OF 11 U.S.C. SECTION 1328**

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      The Debtor is not required to pay any Domestic Support Obligations.

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.      On March 3, 2023, at docket number 103, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

        This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date: 3/5/2023                          s/Amy L. Zema
                                        Amy L. Zema, Esquire
                                        PA ID: 74701
                                        2366 Golden Mile Hwy. #155
                                        Pittsburgh, PA 15239
                                        412-744-4450
                                        amy@zemalawoffice.com
                                        Attorney for Debtors