IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/23 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BARBARA A. STARK

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-24172

Chapter 13

Related to Dkt. No. 96

## ORDER OF COURT

AND NOW, this 13th day of April 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

*[signature]*  jah

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24172-GLT |
| Barbara A. Stark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A. Stark, 3013 Brownsville Road, Pittsburgh, PA 15227-2401 |
| cr | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14740729 | + | Borough of Brentwood/Brentwood School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14712246 | + | Professional Credit Service, 400 International Way, Springfield, OR 97477-7004 |
| 14712247 | | Seventh Avenue, 1414 S. 21st St., Monroe, WI 53566 |
| 15434272 | + | U.S. Bank, National Association, as Trustee, as s, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:01:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2023 23:52:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 13 2023 23:52:00 | Specialized Loan Servicing LLC as servicing agent, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 13 2023 23:52:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Apr 13 2023 23:52:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Apr 13 2023 23:52:00 | U.S. Bank National Association, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| 14775803 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2023 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14712244 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 14 2023 00:01:52 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14712245 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2023 23:52:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14741394 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2023 23:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14774728 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:01:43 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715991 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14741400 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2023 23:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14712248 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 13 2023 23:52:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14886560 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 13 2023 23:52:00 | U.S. Bank National Association Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14719921 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 13 2023 23:52:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14745965 | | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 00:01:48 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14712249 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 13 2023 23:52:00 | WEB Bank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | U.S. Bank National Association, as Trustee Et Al.. |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Barbara A. Stark amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee Et Al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortga bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 24 |

Brian Nicholas
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaS bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Brentwood/Brentwood School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaS lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10