# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara A. Stark<br>**Debtor(s)** | BK NO. 17-24172 GLT<br><br>Chapter 13<br><br>Related to Claim No. 2 |
| U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2006-A, Mortgage Pass-Through Certificates, Series 2006-A<br>**Movant**<br><br>vs.<br><br>Barbara A. Stark<br>**Debtor(s)**<br><br>Ronda J. Winnecour,<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 12, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Barbara A. Stark
3013 Brownsville Road
Pittsburgh, PA 15227

Attorney for Debtor(s)
Amy L. Zema, Law Office of Amy L. Zema
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>December 12, 2022</u>

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com